

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of J.H.C. and      \* From the 326th District Court
I.K.C., children,                         of Taylor County,
                                          Trial Court No. 49534-C.

No. 11-17-00187-CV                   \* June 20, 2019

                                       \* Memorandum Opinion by Bailey, C.J.
                                       (Panel consists of: Bailey, C.J.,
                                       Stretcher, J., and Wright, S.C.J.,
                                       sitting by assignment)
                                       (Willson, J., not participating)

      This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Appellant.